UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Cause No. | 1:24-cr-00116-JPH-MJD |
| | ) | | |
| CALEB JAMES MOORE, | ) | | - 01 |
| | ) | | |
| Defendant. | ) | | |

**REPORT AND RECOMMENDATION**

On September 3, 2025, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on August 15, 2025.  Defendant Caleb James Moore appeared in person with his appointed counsel Bill Dazey.  The Government appeared by Assistant United States Attorney Lindsay Karwoski.  U.S. Probation appeared by Officer Jennifer Considine.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.     The Court advised Defendant Moore of his rights and ensured that he had a copy of the petition.  Defendant Moore waived his right to a preliminary hearing.

2.     After being placed under oath, Defendant Moore admitted violation number 2. Government orally moved to withdraw the remaining violation number 1, which motion was granted by the Court.

3.     The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **"You shall not unlawfully possess a controlled substance."** |

As previously reported, Mr. Moore submitted samples for drug tests which returned positive for marijuana on November 24, 2024; January 21, 2025; April 8, 2025; and April 22, 2025. Additionally, the test from April 8, 2025, was also positive for methamphetamine.

4.    The Parties stipulated that:

(a)    The highest grade of violation is a Grade B violation.

(b)    Defendant's criminal history category is I.

(c)    The range of imprisonment applicable upon revocation of supervised release, therefore, is 4 to 10 months of imprisonment.

5.    The parties jointly recommended a sentence of 7 months in custody with no federal supervision to follow.

6.    The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a) to the extent deemed appropriate by 18 U.S.C. § 3583(e), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or her designee for a period of 7 months with no federal supervised release to follow.  The Magistrate Judge recommends substance abuse treatment for the Defendant while incarcerated.  Defendant Moore is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

7.    The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.  The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 9/4/2025

*Kellie M. Barr*

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system