UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24-cr-00116-JPH-MJD |
| CALEB JAMES MOORE, | ) -01 |
| Defendant. | ) ) ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Kellie M. Barr's Report and Recommendation and all findings therein, dkt. [21]. The Court now **ORDERS** that Caleb James Moore's supervised release is therefore **REVOKED**, dkt. [12], and Mr. Moore is sentenced to the custody of the Attorney General or his designee for imprisonment of 7 months with no federal supervision to follow. The Court recommends substance abuse treatment for defendant while incarcerated. Violation number 1 is **DISMISSED**.

**SO ORDERED.**

Date: 9/8/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C